UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion DENIED.**

FRANK MUCERINO, an individual ]
LAURA MUCERINO, an individual ]
URBAN ANGELS MUSIC GROUP LLC, ]
    a Nevada Limited Liability Company ]
        *PLAINTIFFS* ]
]   Case Number: 3:14-CV-000028
V. ]   JURY DEMAND
]
JASON LLOYD NEWMAN, an individual ]
    d/b/a/ SOMERSET CREST INC/LLC ]
        *DEFENDANT* ]
]

## SECOND COMBINED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, through their attorney, hereby move this court, pursuant to Fed. R. Civ. P. 65(b), for an order extending the temporary restraining order issued in this case on January 22, 2014, and previously extended by an order of this court on February 3rd, 2014, for an amount of time deemed by the court to be sufficient to allow Defendant to respond to Plaintiff's formal service. Plaintiffs further move this court to allow the hearing on Plaintiffs' Motion for Preliminary Injunction to be continued from February 19, 2014 to another date acceptable to this court. As grounds for these motions, Plaintiffs submit that as of the time of this filing, Plaintiffs have only been able to effectual formal service on Defendant as of February 17, 2014, which would only allow Defendant two (2) days to respond. Plaintiff requests that Defendant be given sufficient time to respond to Plaintiff's complaint and other filings, so long as the previously issued temporary restraining order is extended to remain in effect during the continuation period.

## RECORD ON MOTION

This motion is based on the Motion papers, including this document, the attached

Memorandum of Points and Authorities, undersigned counsel's affidavit in support, as well as the verified complaint and all other papers and records on file in this action, together with any argument and evidence that may be presented at a hearing of this motion.

Respectfully submitted this 17th day of February, 2014,

/S/Wm. Alan Slone
Wm. Alan Slone TN BPR# 28408
*Attorney for the Plaintiffs*
Slone & Vrablik, PLLC
718 Thompson Lane, Ste. 108-237
Nashville, TN 37204
(615) 800-7875

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Second Combined Motion To Extend Temporary Restraining Order And For Continuance Of Hearing On Plaintiffs' Motion For Preliminary Injunction has been delivered to the Defendant, pursuant to an Order of this court, via electronic mail to the address "jaynew72@gmail.com."

/S/Wm. Alan Slone
Wm. Alan Slone