## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO and LAURA MUCERINO, individuals, and URBAN ANGELS MUSIC GROUP, LLC, a Nevada Limited Liability Company, </br></br>　　　Plaintiffs,</br></br>v.</br></br>JASON LLOYD NEWMAN, an individual d/b/a Somerset Crest Inc/LLC,</br></br>　　　Defendant. | Civil No. 3:14-0028</br>Judge Trauger |

### O R D E R

It is hereby **ORDERED** that the Clerk shall issue Judge Trauger's standard Notice, setting this case for an initial case management conference on Monday, May 19, 2014, at 3:15 p.m.

It is so **ORDERED**.

ENTER this 14th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge