# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO and LAURA MUCERINO, individuals, and URBAN ANGELS MUSIC GROUP, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON LLOYD NEWMAN, an individual d/b/a Somerset Crest Inc/LLC,<br><br>    Defendant. | Civil No. 3:14-0028<br>Judge Trauger |

## PRELIMINARY INJUNCTION

A hearing was held on March 13, 2014 on the plaintiff's application for a preliminary injunction. Neither the defendant nor counsel for the defendant appeared at the hearing.

It is hereby **ORDERED** that, for good cause shown, the Temporary Restraining Order issued on January 22, 2014 is hereby **CONVERTED** into a preliminary injunction as follows:

1. The defendant, his agents, employees, successors, attorneys, and all those in active concert or participation with them, are enjoined and restrained, pursuant to Rule 65, FED. R. CIV. P., from removing, transferring or otherwise divesting any assets and/or monetary funds present in account ****7690, located at Citibank N.A., 19100 Soledad Canyon Road, Canyon Country, California 91351, until further order of the court.

No bond will be required to be posted by the plaintiff for the issuance of this preliminary injunction.

It is so **ORDERED**.

ENTER this 14th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge