# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO and LAURA MUCERINO, individuals, and URBAN ANGELS MUSIC GROUP, LLC, a Nevada Limited Liability Company, </br></br> Plaintiffs, </br></br> v. </br></br> JASON LLOYD NEWMAN, an individual d/b/a Somerset Crest Inc/LLC, </br></br> Defendant. | Civil No. 3:14-0028 </br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for May 19, 2014 is **RESET** for June 30, 2014, at 1:45 p.m.

It is so **ORDERED**.

ENTER this 14th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge