UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

<mark>Motion GRANTED as unopposed.</mark>

*[Signature]*

| | |
|---|---|
| FRANK MUCERINO, an individual ]<br>LAURA MUCERINO, an individual ]<br>URBAN ANGELS MUSIC GROUP LLC, ]<br>    a Nevada Limited Liability Company ]<br>        *PLAINTIFFS* ]<br>    ]<br>V. ]<br>    ]<br>JASON LLOYD NEWMAN, an individual ]<br>    d/b/a/ SOMERSET CREST INC/LLC ]<br>        *DEFENDANT* ]<br>    ] | Case Number: 3:14-CV-000028<br>JURY DEMAND |

### PLAINTIFFS' MOTION FOR JOINDER OF PERMISSIVE DEFENDANT AND FOR LEAVE TO AMEND PLEADINGS

Plaintiffs Frank Mucerino, Laura Mucerino, and Urban Angels Music Group LLC, by and through counsel, hereby move the court pursuant to Fed. R. Civ. P. Rule 20(a)(2) and Rule 15(a) for an order joining Ms. La'Rhonda Nicole Mitchell as a party defendant in the above action, and leave to file an Amended Complaint to correct the allegations contained therein to reflect the proper allegations against Ms. Mitchell and Defendant Newman. This motion is made on the grounds that new information, returned as a result of subpoenas issued by Plaintiffs, which implicate Ms. Mitchell with liability regarding allegations contained in the initial complaint, and as more fully appears in the affidavit of undersigned counsel, attached to this motion.

### RECORD ON MOTION

This motion is based on the Motion papers, including this document, the attached Memorandum of Points and Authorities, undersigned counsel's affidavit in support, as well as the verified complaint and all other papers and records on file in this action, together with any