### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO, LAURA MUCERINO, individuals, URBAN ANGELS MUSIC GROUP, LLC, a Nevada Limited Liability Company, </br></br>Plaintiffs, </br></br>v. </br></br>JASON LLOYD NEWMAN, an individual d/b/a Somerset Crest Inc./LLC and LA'RHONDA NICOLE MITCHELL, </br></br>Defendants. | Civil No. 3:14-0028 </br> Judge Trauger |

### O R D E R

It is hereby **ORDERED** that the initial case management conference scheduled for June 30, 2014 is **RESET** for Wednesday, June 25, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge