IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO and LAURA MUCERINO, individuals, and URBAN ANGELS MUSIC GROUP, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON LLOYD NEWMAN, an individual d/b/a Somerset Crest Inc/LLC, and LA'RHONDA NICOLE MITCHELL,<br><br>    Defendants. | Civil No. 3:14-0028<br>Judge Trauger |

**O R D E R**

This case is not yet ready for an initial case management conference, therefore, the initial case management conference scheduled for August 8, 2014 is **CONTINUED** and **RESET** for September 19, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 6th day of August 2014.

                                                                                       ALETA A. TRAUGER
                                                                                       U.S. District Judge