IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK MUCERINO et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00028 |
| ) | Judge Aleta A. Trauger |
| JASON LLOYD NEWMAN et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure in favor of the plaintiffs and against defendants Jason Lloyd Newman and La'Rhonda Nicole Mitchell jointly and severally in the amount of **$150,392.00**.

It is so **ORDERED**.

ENTERED this the 26th day of January, 2017.

_____
ALETA A. TRAUGER
United States District Judge